# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

## Senior Airman JONATHAN C. LOWDER
### United States Air Force

## ACM 38480

## 26 November 2014

Sentence adjudged 11 September 2013 by GCM convened at Dover Air Force Base, Delaware. Military Judge: Lynn Schmidt (sitting alone).

Approved Sentence: Bad-conduct discharge, confinement for 9 months, forfeiture of $500.00 pay per month for 3 months, and reduction to E-1.

Appellate Counsel for the Appellant: Major Anthony D. Ortiz; Major Zaven T. Saroyan; and Captain Jonathan D. Legg.

Appellate Counsel for the United States: Major Daniel J. Breen and Gerald R. Bruce, Esquire.

Before

ALLRED, HECKER, and TELLER
Appellate Military Judges

This opinion is subject to editorial correction before final release.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are **AFFIRMED**.



FOR THE COURT

STEVEN LUCAS
Clerk of the Court